UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00556

**Lisa Magruder,**
*Plaintiff,*

v.

**Argon Medical Devices, Inc.,**
*Defendant.*

# ORDER

On November 5, 2024, the parties jointly filed a document purporting to be a motion to dismiss with prejudice. Doc. 39. However, because the document was "signed by all parties who have appeared," the motion carries the effect of a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, further action by the court is unnecessary. This case is dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on November 13, 2024.*

J. CAMPBELL BARKER
United States District Judge